IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-23965 JAD |
| | ) | |
| DAVID P. GUILOT, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Document No. |

## EMPLOYEE GROSS INCOME RECORD

I, David P. Guilot, Debtor in the above- reference case, hereby certify under penalty of perjury that I am self employed individual and that during the six montjh period from November 1, 2008 to April 30, 2009, I did not receive any pay advises for any employer.

/s/ David P. Guilot
David P. Guilot