A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.09-23965 JAD** |
| | ) | |
| **DAVID P. GUILOT,** | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **Docket No.** |

## REQUEST FOR ADDRESS CORRECTION ON MATRIX

The address listed on the Court's mailing matrix for Guardian Protection Services is:

Guarding Protection Services
650 Ridge Road
Pittsburgh, PA 15205
("old address")

Mailings to this address are returned as "not deliverable".

The Debtor has obtained another address for Guardian Protection Services which is:

Guarding Protection Services
174 Thorn Hill Road
Warrendale, PA 15086
("corrected address").

Please delete the old address and insert the new address on the Court's mailing matrix.

Respectfully submitted,
/s/ Gary W. Short
Gary W. Short
Pa. I.D. No. 36794
Counsel for the Debtor(s)
Suite 2317 Koppers Building
Pittsburgh PA 15219
(412) 765-0100