B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Guilot, David P.           ,           Case No.  09-23965 JAD
        *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: July, 2009                                      Date filed: 05/29/2009

Line of Business: Structure Finance Consultant   NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ David P. Guilot*
Original Signature of Responsible Party

DAVID P. GUILOT
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No | |
|---|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ | |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ | |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☐ | N/A |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ | |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☐ | N/A |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ | |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ | |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ | |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ | |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ | |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ | |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ | |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ | |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☒ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 12,000.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ 4,600.00
Cash on Hand at End of Month  $ 600.00

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL  $ 600.00

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 4,188.00

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 12,000.00
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 4,188.00

*(Subtract Line C from Line B)*  CASH PROFIT FOR THE MONTH  $ 7,812.00

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 4,188.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 7,812.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   N/A
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   N/A

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 5000

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

Total legal fees to date     $ 10,290

B 25C (Official Form 25C) (12/08)

Page 4

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 13,000.00 | $ 4,600.00 | $ 8,400.00 |
| EXPENSES | $ 4,188.00 | $ 4,188.00 | $ 0 |
| CASH PROFIT | $ 7,812.00 | $ -0- | $ 7,812.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:        $ 13,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:     $ 11,000.00
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ 10,400.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.



# National City

Page 1 of 4

C14

**National City Bank**
116 ALLEGHENY CENTER MALL
PITTSBURGH PA 15212-5356

11258

Statement Period: Jul. 22, 2009 - Aug. 20, 2009
Account Number: 130978656

### Contact Us

**Phone:** 1-800-352-0186
**TDD for the Hearing Impaired:** 1-800-290-0211
 Customer Service Hours:
 Mon. - Fri.: 7 a.m. - 9 p.m. ET
 Saturday: 7 a.m. - 2 p.m. ET
 Sunday: 10 a.m. - 4 p.m. ET
**Web:** NationalCity.com

DAVID P GUILOT
DIP ACCOUNT
ROBIN WOOD FARM
382 FERRY RD
SEWICKLEY   PA   15143-2467

0

 **Important Information About Your Account**

***Effective at the end of business on Friday, November 6, 2009***
National City Bank will merge with and into PNC Bank, National Association, and will no longer be a separate entity. If you have deposit accounts at both institutions they are currently separately insured by the FDIC up to the maximum amount permitted by law.

National City Bank accounts will continue to be separately insured for six months after November 6, 2009. National City Bank Certificates of Deposit (CDs) will maintain separate insurance for six months, or until the next maturity date, whichever is later. CDs renewed during the six-month period with the same terms as the original CD will maintain separate insurance until the maturity date of the renewed CD.

There is nothing that you need to do. Information about the transition to PNC Bank will be sent in future communications. If you have questions, call us at the number on your statement or contact your National City branch.

## ✓ Free Checking

### Account Summary for 130978656

Account Holder(s):   David P Guilot

| | | |
|---|---|---|
| **Beginning Balance as of Jul. 22, 2009** | | $0.00 |
| Deposits/Credits | 2 items | + 4,636.00 |
| Checks | 3 items | - 4,590.00 |
| Online Bill Pymts/Electronic Pymts | 0 items | - 0.00 |
| CheckCard/ATM Transactions | 0 items | - 0.00 |
| Other Debits and Transfers | 1 item | - 36.00 |
| **Ending Balance as of Aug. 20, 2009** | | **$10.00** |

##  Deposits/Credits

| Date | Description | Amount |
|---|---|---|
| 08/11 | Credit Memo | $4,600.00 |
| 08/11 | Refund of Non-Sufficient Funds Fee | 36.00 |
| | Total: 2 items for $4,636.00 | |

MOR CS Guilot

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.09-23965 JAD |
| | ) | |
| DAVID P. GUILOT, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Docket No. |

### Certificate of Service

I, Gary W. Short, certify under penalty of perjury that I served the June and July, 2009, Monthly Operating Reports on the parties at the following addresses on the 31st day of August, 2009, by First Class U.S. Mail, postage prepaid:

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh PA   15222

Dated: Aug. 31, 2009

/s/Gary W. Short
Gary W. Short, Esquire
Counsel for Debtors
Suite 2317 Koppers Building
Pittsburgh PA 15219
(412) 765-0100 / Pa. I.D. No. 36794